**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Carlyn Attama, | Civ. No. 22-1812 (JWB/DLM) |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| Jain Properties, LLC, Anil Jain, and Place Property Management, LLC, | |
| Defendants. | |

---

The parties have filed a Stipulation for Dismissal with Prejudice. (Doc. No. 62.)

Based on that Stipulation, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party shall bear their own costs and attorney fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Date: March 11, 2024                            *s/ Jerry W. Blackwell*
                                                JERRY W. BLACKWELL
                                                United States District Judge