# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Carlyn Attama | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 22-cv-01812-JWB-DLM |
| Jain Properties, LLC, Anil Jain, Place Property Management LLC | |
| Defendant(s), | |
| Anil Jain, Jain Properties, LLC, Place Property Management LLC | Counter Claimants, |
| Carlyn Attama | Counter Defendant. |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this matter is **DISMISSED WITH PREJUDICE** and judgment will be entered. Each party shall bear their own costs and attorney fees.

Date: 3/12/2024                                                                                   KATE M. FOGARTY, CLERK